VICTOR JIH, SBN 186515
WILSON SONSINI GOODRICH
& ROSATI, P.C.
1900 Avenue of The Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329
vjih@wsgr.com

MARK R. YOHALEM, SBN 243596
WILSON SONSINI GOODRICH
& ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
mark.yohalem@wsgr.com

THOMAS R. WAKEFIELD, SBN 330121
WILSON SONSINI GOODRICH
& ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900
twakefield@wsgr.com

ERIC T. KOHAN, SBN 325076
WILSON SONSINI GOODRICH
& ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
ekohan@wsgr.com

*Attorneys for Defendants*
*ByteDance Inc., TikTok Inc., &*
*TikTok USDS Joint Venture LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA TSERING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BYTEDANCE INC., TIKTOK, INC., and TIKTOK USDS JOINT VENTURE LLC,<br><br>Defendants. | Case No. 3:26-cv-01536-JD<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES PURSUANT TO FED R. CIV. P. 7.1 AND DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP PURSUANT TO LOCAL RULE 3-15** |

**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- ByteDance Ltd. (Corporate parent of ByteDance Inc. and TikTok Ltd.)
- TikTok LLC (Corporate parent of TikTok Inc.)
- TikTok Ltd. (Corporate parent of TikTok LLC)

As to TikTok Inc. and ByteDance Inc., no publicly held corporation owns 10% or more of their stock.

Oracle Corporation own 10% or more of the stock of TikTok USDS Joint Venture LLC.  No other publicly held corporation owns 10% or more of the stock of TikTok USDS Joint Venture LLC.

Dated: March 26, 2026            **WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By:  /s/ *Victor Jih*
Victor Jih

*Attorneys for Defendants*
*ByteDance Inc., TikTok Inc., &*
*TikTok USDS Joint Venture LLC*