VICTOR JIH, SBN 186515
WILSON SONSINI GOODRICH
& ROSATI, P.C.
1900 Avenue of The Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329
vjih@wsgr.com

MARK R. YOHALEM, SBN 243596
WILSON SONSINI GOODRICH
& ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
mark.yohalem@wsgr.com

THOMAS R. WAKEFIELD, SBN 330121
WILSON SONSINI GOODRICH
& ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900
twakefield@wsgr.com

ERIC T. KOHAN, SBN 325076
WILSON SONSINI GOODRICH
& ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
ekohan@wsgr.com

*Attorneys for Defendants*
*ByteDance Inc., TikTok Inc., &*
*TikTok USDS Joint Venture LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

LISA TSERING, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BYTEDANCE INC., TIKTOK, INC., and TIKTOK USDS JOINT VENTURE LLC,

Defendants.

Case No. 3:26-cv-01536-JD

**DEFENDANTS' STATEMENT OF RECENT DECISION**

Judge: Hon. James Donato
Hearing Date: October 22, 2026
Hearing Time: 11:00 a.m.
Courtroom: 11

**STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Defendants respectfully submit this Statement of Recent Decision to notify the Court of the following judicial order, which was published after Defendants' reply in support of its motion to transfer and motion to dismiss was filed:

*Griffith et al. v. TikTok et al.*, No. 25-3561, Dkt. 19.1 (9th Cir. July 24, 2026) (dismissing appeal).

A copy of the order is attached as Exhibit A.

Dated: July 27, 2026

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: */s/ Mark R. Yohalem*
Mark R. Yohalem

*Attorneys for Defendants*
*ByteDance Inc., TikTok Inc., &*
*TikTok USDS Joint Venture LLC*

# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BERNADINE GRIFFITH; et al.,

Plaintiffs - Appellants,

v.

TIKTOK, INC. and BYTEDANCE, INC.,

Defendants - Appellees.

No. 25-3561

D.C. No.
5:23-cv-00964-SB-E
Central District of California,
Riverside

ORDER

Pursuant to the parties' stipulation (Docket Entry No. 17), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT