**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10069
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LISA TSERING, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BYTEDANCE, INC., TIKTOK, INC., AND TIKTOK USDS JOINT VENTURE LLC,

Defendants.

Case No. 3:26-cv-01536-JD

**PLAINTIFF'S STATEMENT OF RECENT DECISION**

Date: October 22, 2026
Time: 11:00 a.m.
Courtroom: 11
Judge: Hon. James Donato

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff Lisa Tsering ("Plaintiff") respectfully submits this Statement of Recent Decision regarding Defendants' pending Motion to Dismiss the First Amended Class Action Complaint. See ECF No. 32. Plaintiff brings to the Court's attention a recent decision by the Honorable Dana M. Sabraw in *Bradshaw v. Lowe's Home Centers, LLC*, No. 3:25-cv-00742-DMS-MMP (S.D. Cal. Aug. 26, 2026), ECF No. 58. A copy of the decision is attached hereto as **Exhibit 1**. The decision is relevant to the Parties' respective arguments regarding whether Plaintiff has alleged a reasonable expectation of privacy and a highly offensive intrusion.

Dated: September 21, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*
Max S. Roberts

Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10069
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Counsel for Plaintiff*